# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Jamel Alexander Demorcy | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:10-cv-943-JFA-RSC |
| Pernell Cromer, David Hurt, John Ozmint, Investigator Powell, Tyrus Terell Robberts, Ms Scoggins, James A Smith, Robbert Ward | ) ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Robert S. Carr is adopted and incorporated. This action is dismissed without prejudice under Rule 41(b). The Plaintiff shall take nothing on his complaint filed pursuant to Title 42 U.S.C. § 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge.

Date: September 29, 2010

*CLERK OF COURT* Larry W. Propes

*Signature of Clerk or Deputy Clerk*